IN THE SUPREME COURT OF NORTH CAROLINA

No. 110A17

Filed 22 December 2017

STEVEN HARRIS,
             Petitioner

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,
             Respondent


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 798 S.E.2d 127 (2017), affirming a final decision dated 25 January 2016 issued by Administrative Law Judge Donald W. Overby in the Office of Administrative Hearings.  Heard in the Supreme Court on 13 December 2017.


*Law Offices of Michael C. Byrne, by Michael C. Byrne, for petitioner-appellee.*

*Joshua H. Stein, Attorney General, by Tamika L. Henderson, Assistant Attorney General, and Ryan Park, Deputy Solicitor General, for respondent-appellant.*

*Essex Richards, P.A., by Norris A. Adams, II, for North Carolina Fraternal Order of Police, and Blanchard, Miller, Lewis & Isley, P.A., by E. Hardy Lewis, for North Carolina State Employees Association, amici curiae.*

*The McGuinness Law Firm, by J. Michael McGuinness, and Milliken Law, by Megan A. Milliken, for North Carolina Police Benevolent Association and Southern States Police Benevolent Association, amici curiae.*


PER CURIAM.


AFFIRMED.